IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

AUBRY ODOM,

    Plaintiff,

v.

No. 05-2258-Ma/P
JURY DEMANDED

TONY COOPER and CORRECTIONAL
MEDICAL SERVICES, INC., et al.,

    Defendants.

---

### [PROPOSED] ORDER GRANTING MOTION OF DEFENDANT, TONY COOPER, FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS AND/OR RULE 12 MOTION

**WHEREFORE,** on or about June 24, 2005, the defendant, Tony Cooper ("Defendant"), by and through counsel of record, moved this court to enlarge the time within which he may respond to the Plaintiff's complaint by filing responsive pleadings and/or a Rule 12 motion. Based upon the motion and memorandum filed in support thereof by the Defendant, it is the Court's opinion that the Defendant's motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendant's motion for enlargement of time to file responsive pleadings and/or rule 12 motion is granted and that the Defendant shall have 60 days from the date of entry of this order within which to file respective responsive pleadings and/or a rule 12 motion.

                        Judge

                        Date: June 30, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

FILED BY ___ D.C.
05 JUN 30 PM 2: 41
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## CERTIFICATE OF SERVICE

I hereby certify that I have hand delivered a copy of the foregoing to Evan Nahmias, 119 S. Main Street, Ste. 400, Memphis, Tennessee and Debra Fessenden, Assistant Shelby County Attorney, 160 N. Main, St., Suite 660, Memphis, TN 38103 on this 24th day of June, 2005.

Stephen G. Smith

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02258 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT