IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AUBRY ODOM,

    Plaintiff,

VS.                         NO. 05-2258-Ma/P
                          __JURY DEMANDED__

SHELBY COUNTY GOVERNMENT, et al.,

    Defendants.

---

ORDER GRANTING MOTION OF DEFENDANTS SHELBY COUNTY,
MAYOR A C WHARTON, JR., SHELBY COUNTY SHERIFF'S DEPARTMENT, MARK
LUTTRELL, JR., AND JAMES COLEMAN FOR AN ENLARGMENT OF TIME IN WHICH
TO FILE A RESPONSIVE PLEADING AND/OR A RULE 12 MOTION

---

Defendants Shelby County, Mayor A C Wharton, Jr., Shelby County Sheriff's Department, Mark Luttrell, Jr. and James Coleman, have moved the Court to enlarge the time in which they may file a responsive pleading and/or a Rule 12 motion in this cause. Counsel for the Plaintiff and co-Defendant Cooper have consented to the enlargement. For good cause shown, these Defendants may have request for an enlargement of sixty (60) days from the date of the entry of this Order within which to file responsive pleadings and/or a Rule 12 motion.

IT IS SO ORDERED.

_____
JUDGE

Date: July 6, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-12-05

Respectfully submitted,

*[signature]*

DEBRA L. FESSENDEN #11818
Assistant Shelby County Attorney
160 N. Main, Suite 660
Memphis, Tennessee 38103
(901) 545-4230

## CERTIFICATE OF SERVICE

I, Debra L. Fessenden, do hereby certify that a true and correct copy of the foregoing has been served upon Mr. Evan Nahmias and Ms. Lisa Overall, Attorneys at Law, 119 South Main Street, Suite 400, Memphis, Tennessee 38103; and to Mr. Jerry O. Potter and Mr. Stephen G. Smith, II, Attorneys at Law, 119 South Main Street, Suite 300, Memphis, Tennessee 38103 via U.S. First Class mail, postage prepaid, on this the 5 day of July, 2005.

*[signature]*

DEBRA L. FESSENDEN

2

L:\APPS\CNTYLAW\WPDOCS\D028\P003\00035564.DOC\L4707-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02258 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT