IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AUBRY ODOM,

    Plaintiff,

vs.                                         Civ. No. <u>05-2258-Ma/P</u>

TONY COOPER, et al.,

    Defendants.

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was set for August 4, 2005. Prior to the conference, Plaintiff, Aubry Odom, and Defendants, Correctional Medical Services ("CMS"), Tony Cooper, Shelby County, Mayor Warton, Sheriff's Department, Sheriff Luttrell and James Coleman, by and through their respective counsel, submit the following case management plan:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
August 18, 2005

**JOINING PARTIES:** October 3, 2005

**AMENDING PLEADINGS:** October 3, 2005

**INITIAL MOTIONS TO DISMISS:** November 3, 2005 (TMP)

**COMPLETING ALL DISCOVERY:** April 3, 2006

    (a) **DOCUMENT PRODUCTION:** April 3, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-4-05

24

  (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: April 3, 2006

  (c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

    (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: April 3, 2006

    (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: May 15, 2006

    (3) **EXPERT WITNESS DEPOSITIONS**: June 15, 2006

**FILING DISPOSITIVE MOTIONS**: July 15, 2006

**OTHER RELEVANT MATTERS**:

  No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

  Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

  This case is set for jury trial, and the trial is expected to last seven (7) days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

  The parties are amenable to settlement negotiations. At the present, the parties do not anticipate the need for a settlement conference. However, in the event a conference becomes necessary either party may request a settlement conference.

  The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

August 3, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02258 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT