IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AUBRY ODOM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TONY COOPER, et al., )<br>)<br>Defendants. )<br>)<br>) | Civ. No. 05-2258-Ma/P |

## ORDER GRANTING MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS AND/OR RULE 12 MOTION

**WHEREFORE**, on or about July 12, 2005, the defendant, Correctional Medical Services, Inc. ("Defendant"), by and through counsel of record, moved this court to enlarge the time within which it may respond to the Plaintiff's complaint by filing responsive pleadings and/or a Rule 12 motion. Based upon the motion and memorandum filed in support thereof by the Defendant, it is the Court's opinion that the Defendant's motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendant's motion for enlargement of time to file responsive pleadings and/or rule 12 motion is granted and that the Defendant shall have until September 6, 2005 to file respective responsive pleadings and/or a rule 12 motion.

TU M. PHAM
United States Magistrate Judge

July 14, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-18-05

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

---

AUBRY ODOM,

      Plaintiff,

v.

TONY COOPER and CORRECTIONAL
MEDICAL SERVICES, INC., et al.,

      Defendants.

No. 05-2258-Ma/P
JURY DEMANDED

---

### [PROPOSED] ORDER GRANTING MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS AND/OR RULE 12 MOTION

---

**WHEREFORE**, on or about July 12, 2005, the defendant, Correctional Medical Services, Inc. ("Defendant"), by and through counsel of record, moved this court to enlarge the time within which it may respond to the Plaintiff's complaint by filing responsive pleadings and/or a Rule 12 motion. Based upon the motion and memorandum filed in support thereof by the Defendant, it is the Court's opinion that the Defendant's motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendant's motion for enlargement of time to file responsive pleadings and/or rule 12 motion is granted and that the Defendant shall have until September 6, 2005 to file respective responsive pleadings and/or a rule 12 motion.

_____
Judge

Date: July 14, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02258 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT